# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| DANIEL D. WILLIAMS and PATTIE D. WILLIAMS,<br><br>      Plaintiff,<br><br>v.<br><br>STATE OF NORTH CAROLINA, NASH COUNTY, and BLB TRADING, L.L.C.,<br><br>      Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:12-CV-680-D** |

**Decision by the Court:**

      IT IS ORDERED AND ADJUDGED that the Court GRANTS the Motions to Dismiss [D.E. 15, 20] to the extent that they relate to federal claims, and DISMISSES Plaintiffs' federal claims pursuant to Federal Rule of Civil Procedure 12(b)(1), or alternatively, Rule 12(b)(6). The court declines to exercise supplemental jurisdiction over any state-law claims and DISMISSES Plaintiffs' state-law claims WITHOUT PREJUDICE. The court DENIES Plaintiffs' Motions [D.E. 18, 32]. The clerk shall close the case.

      **THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**NOVEMBER 14, 2013**</u> WITH A COPY TO:

Daniel D. Williams and Pattie D. Williams, Pro se (via USPS to 8866 Taylorwood Drive, Rocky Mount, NC 27803)
Kathryn H. Shields (via CM/ECF Notice of Electronic Filing)
Renner Jo St. John (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| <u>November 14, 2013</u><br>Date | JULIE A. RICHARDS, Clerk<br>Eastern District of North Carolina<br><br><u>/s/ Debby Sawyer</u><br>(By) Deputy Clerk |

Raleigh, North Carolina